# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON LYNN SISTRUNK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-11-297-R |
| ) | |
| MICHAEL ADDISON, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered April 22, 2011. Doc. No. 5. No objection to the Report and Recommendation has been filed nor has an extension of time in which to file an objection been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition of Jason Lynn Sistrunk for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED upon filing because the petition is untimely as to grounds one through three and fails to state a cognizable federal habeas claim in ground four.

IT IS SO ORDERED this 19th day of May, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE